1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   DANIEL S. McCONKIE
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2731
5
6
7
8
9
10
11
12
13
14
15
16
17



**FILED**

SEP 0 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )    CASE NO. 2:09-MJ-0281 GGH
                                    )
        Plaintiff,                  )
                                    )    **GOVERNMENT'S MOTION TO**
   v.                               )    **UNSEAL SECOND AMENDED**
                                    )    **COMPLAINT, AMENDED COMPLAINT,**
SHIRAZ MALIK,                       )    **AND COMPLAINT; ORDER**
                                    )
        Defendant.                  )
                                    )
                                    )

18        The United States hereby moves to unseal the Second Amended Complaint and Arrest Warrant

19  and the previous versions (Amended Complaint and Complaint along with their accompanying Arrest

20  Warrants) in the above matter.  The filings were previously sealed because the defendant was likely to

21  flee to avoid prosecution should he become aware of the charges.  The defendant was arrested today on

22  a Provisional Arrest Warrant in the Czech Republic and the government will be proceeding with the

23  extradition process.  So, sealing of the documents is no longer necessary and the government hereby

24  requests that they be ordered unsealed.

25
   Dated: September 8, 2011                    BENJAMIN B. WAGNER
26                                             United States Attorney

27

   by: Richard J. Bender
28                                             Assistant United States Attorney

1

1  [Government's motion to unseal Complaints in Case No. 2:09-MJ-0281 (page two)]

2

3  It is SO ORDERED,

4  this 8th day of September, 2011

5  _____
   DALE A. DROZD
6  U.S. Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2